# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

---

### CASE NO. 19-21506-CIV-MOORE/BECERRA

**ANTONIO BRITTO FILHO,**

> **Plaintiff,**

**vs.**

**PARQUE TOWERS DEVELOPERS, LLC,**

> **Defendant.**

_____/

## MEDIATION REPORT

In accordance with S.D. Fla. L. R. 16.2(f), the undersigned mediator reports that on November 6, 2019, a mediation conference was held, all required parties were present, and the case settled.

Dated:   November 6, 2019
         Miami, Florida

Respectfully submitted,

   s/   Brian F. Spector
Brian F. Spector
brian@bspector.com
BRIAN F. SPECTOR, LLC
13551 S.W. 57th Court
Miami, Florida 33156-7235
Telephone 305.666.1664

*"No certificate of service is required
when a paper is served by filing it with
the court's electronic-filing system." Fed.R.Civ.P. 5(d)(1)(B).*

**Brian F. Spector, LLC ♦ 13551 S.W. 57th Court ♦ Miami, Florida 33156-7235**
**Tel 305.666.1664 ♦ Cell 305.613.5200 ♦ brian@bspector.com**